UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – GENERAL

Case No.  6:24-CR-002-CHB-1          At  London          Date  April 14, 2026

USA vs Timothy Ashley Padgett          _X_ present      _X_ custody      ___ bond      ___ OR      Age ____

===============================================================

PRESENT:  HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Mike Mejia | Kim Keene | Sam Dotson | Peyton J. Broughton |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney | US Probation Officer |

Counsel for Deft  Kathryn Ann Walton          _X_ present          ____ retained          _X_ appointed

PROCEEDINGS:  Allocution Hearing re Revocation of Supervised Release

This matter was called for allocution and sentencing following the final hearing regarding revocation of supervised release previously held on March 13, 2026. Counsel and the defendant were present as noted above. Also present was Peyton J. Broughton on behalf of the United States Probation Office. At the final hearing, the defendant stipulated to the violations contained in the Supervised Release Violation Report and the Court found the defendant to be fully competent and capable of entering an informed stipulation.

The defendant filed objections, [R. 31]; [R. 32], to Magistrate Judge Ingram's Recommended Disposition [R. 30]. The Court heard statements of counsel and Defendant allocuted.  Accordingly, and being sufficiently advised, it is hereby **ORDERED** as follows:

1)      The Court **ADOPTS in part** the Recommended Disposition, **[R. 30]**, as the opinion of the Court.

2)      Based on the defendant's stipulation, the Court finds the violations have occurred as set forth in the Supervised Release Violation Report dated July 24, 2025, and Addenda dated October 2, 2025, and January 13, 2026. Therefore, the defendant's current term of supervised release is **REVOKED**.

3)      A separate Judgment for Revocation of Supervised Release shall be entered.

4)      Defendant is remanded to the custody of the United States Marshal.

Initials of Deputy Clerk    mm
TIC 1/00